# United States District Courts
## WESTERN DISTRICT OF TEXAS

| United States of America | **WARRANT FOR ARREST** |
|---|---|
| v. | Case Number: |
| (1) Aynura Feyruz Qizi Aslanova | DR:25-M -02221(1) |

**To: The United States Marshal**
 **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest          (1) Aynura Feyruz Qizi Aslanova
                                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description)

*On or about May 14, 2025, the defendant, Aynura Feyruz Qizi ASLANOVA, an alien who is a native and citizen of Azerbaijan, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.*

in violation of Title      8      United States Code, Section(s)    **1325(a)(1)**

| JOSEPH A CORDOVA | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | May, 27, 2025 DEL RIO, Texas |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $    DETAIN       by    JOSEPH A CORDOVA
                                                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received  May 27, 2025 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest  May 14, 2025 | CARRASCO, EDWIN A.  Border Patrol Agent | /s/ CARRASCO, EDWIN A. |