# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

United States of America §
§
vs. §
§ Case Number: DR:25-M -02221(1)
(1) Aynura Feyruz Qizi Aslanova §
*Defendant*

## ORDER APPOINTING COUNSEL

The above-named defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Thomas Fritz Hille, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

ORDERED this 28th day of May, 2025.

_____
JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE