AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| vs. | § CRIMINAL COMPLAINT |
| | § CASE NUMBER: DR:25-M -02221(1) |
| (1) Aynura Feyruz Qizi Aslanova | § |

**JUDGEMENT IN A CRIMINAL CASE**
**(For A Petty Offense)** - Short Form

The defendant, Aynura Feyruz Qizi Aslanova, was presented by counsel, Thomas Fritz Hille.

The defendant pled guilty to the complaint on June 02, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Arrest |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | 05/14/2025 |

As pronounced on June 02, 2025, the defendant is hereby commited to the custody of the United States Bureau of Prisons for a term of 27 days with credit for time already served. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remited pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgement are fully paid.

Filed and Signed on this the 2nd day of June, 2025.

_____
JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE

**Arresting Agency: DRBP - Del Rio Border Patrol**
**USM#:**